OPINION — AG — QUESTION: "MAY THE SURPLUS PROPERTY AGENT PURCHASE LIABILITY INSURANCE, WITH THE APPROVAL OF THE STATE BOARD OF PUBLIC AFFAIRS, ON VEHICLE BELONGING TO THE STATE AGENCY FOR SURPLUS PROPERTY AND PAY THE PREMIUM ON SAID INSURANCE OUT OF THE STATE SURPLUS PROPERTY FUND?" AFFIRMATIVE CITE: 80 O.S. 1961 34.2 [80-34.2], 80 O.S. 1961 34.6 [80-34.6] (W. J. MONROE)